UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED
JAMES J. VILT, JR. - CLERK
DEC 18 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

JUSTIN JAMES PANGBURN

INDICTMENT

NO. 3:24-cr-135-DJH

18 U.S.C. § 1343
18 U.S.C. § 1957
18 U.S.C. § 2314
18 U.S.C. § 2315
18 U.S.C. § 981
18 U.S.C. § 982
21 U.S.C. § 853
28 U.S.C. § 2461

The Grand Jury charges:

## COUNTS 1-5
(*Wire Fraud*)

On or about and between January 4, 2018, and January 26, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendant, **JUSTIN JAMES PANGBURN**, devised a scheme and artifice to defraud and to obtain money by false and fraudulent pretenses, representations, and promises, and transmitted and caused to be transmitted writings, signs, signals and pictures by interstate wire communication for the purpose of executing the scheme and artifice, to wit: on the following dates, **PANGBURN** stole retail items from his Louisville employer and, from his home in Indiana, caused interstate wire communications by using eBay to advertise and sell those stolen items to buyers in Kentucky, without informing eBay or the buyers that the items were stolen.

| COUNT | PURCHASE DATE | VICTIM | VICTIM RESIDENCE | PRODUCT |
|---|---|---|---|---|
| 1 | May 16, 2020 | J.S. | KY | Garden of Life Vitamins |
| 2 | February 2, 2021 | J.E. | KY | Garden of Life Vitamins |

| COUNT | PURCHASE DATE | VICTIM | VICTIM RESIDENCE | PRODUCT |
|---|---|---|---|---|
| 3 | September 17, 2021 | J.S. | KY | Garden of Life Vitamins |
| 4 | October 16, 2021 | R.K. | KY | Gaia Extra Strength Turmeric Capsules |
| 5 | October 19, 2021 | G.M. | KY | Garden of Life Raw Probiotics |

In violation of Title 18, United States Code, Section 1343.

The Grand Jury further charges:

## COUNT 6
*(Interstate Transportation of Stolen Goods)*

On or about and between January 4, 2018, and January 24, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendant, **JUSTIN JAMES PANGBURN**, transported, transmitted and transferred, in interstate commerce, goods, wares, and merchandise with a value of $5,000 or more, knowing the goods, wares, and merchandise were stolen, converted and taken by fraud, to wit: **PANGBURN** stole $5,000 or more of goods, wares, and merchandise from his employer in Louisville, Kentucky, and transferred them to his home in Indiana.

In violation of Title 18, United States Code, Section 2314.

The Grand Jury further charges:

## COUNT 7
*(Interstate Sale of Stolen Goods)*

On or about and between January 4, 2018, and January 24, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendant, **JUSTIN JAMES PANGBURN**, sold and disposed of goods, wares, and merchandise with a value of $5,000 or

more, which had crossed a State boundary after being stolen, unlawfully converted and taken, knowing the goods, wares, and merchandise were stolen, unlawfully converted and taken, to wit: **PANGBURN** stole $5,000 or more of goods, wares, and merchandise from his employer in Louisville, Kentucky, and transferred them to his home in Indiana, and then sold them to customers in other states.

In violation of Title 18, United States Code, Section 2315.

The Grand Jury further charges:

## COUNT 8
### (*Money Laundering*)

On or about June 10, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendant, **JUSTIN JAMES PANGBURN**, engaged and attempted to engage in a monetary transaction with a value greater than $10,000 in property criminally derived from specified unlawful activity, to wit: **PANGBURN** transferred $20,000 from his PNC bank account with money derived from the wire fraud described in counts 1-5 above.

In violation of Title 18, United States Code, Section 1957.

The Grand Jury further charges:

## COUNT 9
### (*Money Laundering*)

On or about November 30, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendant, **JUSTIN JAMES PANGBURN**, engaged and attempted to engage in a monetary transaction with a value greater than $10,000 in property criminally derived from specified unlawful activity, to wit: **PANGBURN** transferred $11,515.35 from his

PNC bank account to an Epay Chase Credit Card with money derived from the wire fraud described in counts 1-5 above.

In violation of Title 18, United States Code, Section 1957.

The Grand Jury further charges:

## COUNT 10
### (*Money Laundering*)

On or about January 10, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendant, **JUSTIN JAMES PANGBURN**, engaged and attempted to engage in a monetary transaction with a value greater than $10,000 in property criminally derived from specified unlawful activity, to wit: **PANGBURN** wrote a $20,000 check drawn from his PNC bank account with money derived from the wire fraud described in counts 1-5 above.

In violation of Title 18, United States Code, Section 1957.

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 18, United States Code, Sections 1343, 1957, 2314, and 2315, as alleged in this Indictment, the defendant, **JUSTIN JAMES PANGBURN**, shall forfeit to the United States, any and all property constituting or derived from proceeds the defendant obtained, directly and indirectly, as a result of these offenses, and any and all property involved in the commission of violations of Title 18, United States Code, Section 1957 (or traceable thereto), including but not limited to:

1. Approximately $42,656.00 in United States Currency (seized during search of a residence on Ballou Road, Floyds Knobs, IN 47119);
2. Contents of PNC Account ending 7505 (approximately $110,455.77);
3. Contents of PNC Account ending 9616 (approximately $3,850.93); and

4.     Real Property which is 1.62 acres Defendant and B.P. purchased from T.S., Document Number 202114659, dated June 9, 2021, filed with Clark County Clerk in Indiana, including all buildings and improvements thereon and appurtenances thereto, more particularly described as:

PARCEL "B" – 1.62 ACRE LAND DESCRIPTION-SMITH

Being a 1.62 Acre parcel of land lying in the northeast quarter of the Northwest Quarter of Section 22, Township 1 South, Range 6 East, same being as described in Deed Drawer 17, page 13281, Carr Township, Clark County, Indiana, same as composed October 5, 2020, from Land Survey by David J. Ruckman PLS# 80040393, bounded as follows; Commencing at a 5/8 rebar the southwest corner of the Northeast Quarter of the Northwest Quarter of Section 22 Township 1 South, Range 6 East, thence S 89°45'55" E a distance of 640.06' to a capped rebar; thence N 08°21'48" E a distance of 359.91 to a capped rebar; thence N 00°46'45" E a distance of 263.92 to a point in the Tail Water of Smith Lake, the TRUE place Of beginning; thence N 75°43'19" W a distance of 211.05' to a rebar 4 foot tall; thence N 85°41'54" W a distance of 117.75' to a capped rebar in center of a 30' R/W; thence N 11° 25'06" W with said center, a distance of 21.69' to a mag nail; thence N 11° 05'29" E with Said center, a distance of 183.52' to a mag nail in the center of Ballou Road; thence N 82°39'08" E with Ballou Road a distance of 211.95' to a mag nail; thence S 47°35'02" E a distance of 105.88' to a capped rebar; thence S 00°46'45" W a distance of 188.77' to the beginning. Subject to all Easements of Record and the Right of Way of Ballou Road. Also subject to with the right to use in common with the Grantor the 30' Easement along the west line herein.

Pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(1), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461.

A TRUE BILL.

Redacted
FOREPERSON

*Michael A. Bennett* (signature)

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:DW 12/17/2024

5

UNITED STATES OF AMERICA v. **JUSTIN JAMES PANGBURN**

## PENALTIES

Counts 1-5:    NM 20 yrs./$250,000/both/NM 3 yrs. Supervised Release
Counts 6-10:   NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

### SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual<br>$125 per count/other | Felony: | $100 per count/individual<br>$400 per count/other |

### FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**<u>Failure to pay fine as ordered may subject you to the following</u>**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   <u>For offenses occurring after December 12, 1987:</u>

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

**RESTITUTION**

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

**APPEAL**

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

**PAYMENTS**

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.